17 So.2d 188

**Brady SIMPSON v. STATE.**

6 Div. 44.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Appeal dismissed.

18 So.2d 884

**Ottis SIMPSON v. STATE.**

8 Div. 373.

Court of Appeals of Alabama.
May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 883

**Belton SKELTON v. STATE.**

6 Div. 928.

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

SIMPSON, Judge.
Affirmed.

18 So.2d 120

**Clarence Elbert SMITH v. STATE.**

5 Div. 172.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Affirmed.

15 So.2d 925

**Nathaniel SMITH v. STATE.**

1 Div. 462.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Affirmed.

15 So.2d 925

**Ray SMITH, alias Ralph Clawson, v.
STATE.**

4 Div. 792.

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.